Exhibit 1



**MaternityWise International**
PO Box 11, Keeseville, NY 12944
803-701-WISE

MEMORANDUM OF OFFICIAL STATEMENT

June 5th, 2018

The Code of Ethics that MaternityWise International holds includes an official Scope of Practice as well as in-depth discussion in our manuals and during our workshops about the high standard of integrity that we expect of each member, student, certified doula and trainer.  One of our cornerstones in this regard is to live above reproach.  You will often hear our Director use the phrase "You will never offend anyone by holding yourself to high standards.  But you may offend someone if those standards are not high enough."

We surround ourselves with these statements of integrity.  Our motto of "Changing the Birthing World" is followed by the goal of "making a positive impact on families everywhere."  In fact, on every application for credentials, our students sign an agreement that they will "conduct my personal practice and services with the utmost integrity and ethics, to represent my fellow doulas of all backgrounds in the best light possible."

We live by those words.  While no one is perfect, we take these ideals very, very seriously and strive to do our best.  We expect the same of the people we train.  These ideals are the heart and soul of how we operate our organization.

On June 4th, 2018, it was brought to the attention of the Director of MaternityWise International that one of our students was involved in several morally questionable incidents that disturbed a large number of people in their community. The Director compiled the information provided by both sides including screenshots of conversations, and presented it to the MaternityWise Board of Advisors.

As the Board for MaternityWise International, we are not in a position to do anything more than provide advice and act within the bounds of our own organization. We do not hold any legal power in this situation, but we have determined that there are actions we are able to take.

It has been determined that this student acted in a way that was not reflecting the heart and soul of MaternityWise at the time of the incidents – which appear to be within the 8 months prior to their attendance at a MaternityWise International workshop on Oahu and whether or not it has continued is undocumented, and therefore unknown.  While the issues at hand were done in private conversations and took place prior to this student's interaction with MaternityWise, the situation has now been made a public issue by those who were involved and further extrapolated and spread without evidence by those who were not involved.  MaternityWise is not at all involved in the conversations that took place, but since the student is falsely claiming to be certified in several disciplines with MaternityWise thus attempting to create credibility using our name, we have chosen to issue this public statement.

We have not substantiated the accusations that the student's actions were "sexually predatory", nor is it clear whether the student would be profiting from the pornographic activities being encouraged.  However it was clear that the student was not only a consumer of pornography, but demonstrated enticements of financial gain, strongly encouraging involvement in selling pornography.  We make a definite distinction between a woman's right to freedom over her body expression and the industry of pornography – which is what was being pushed.

That being said; regardless of excuses or "context", we are troubled by the circumstances. We do not feel that it is acceptable for someone in the role of a student doula, or anyone involved in supporting mothers through the vulnerable experience of pregnancy, birth, postpartum or lactation, to engage in the promotion of pornography.  It is the opinion of the MaternityWise Board that the practice of being a doula while also promoting pornography is incompatible.

We are an organization founded on respect for mothers, women and families as a whole. There have been numerous societal studies done that show pornography has a serious, detrimental effect on families and children.  It is degrading to all human beings – both for the parties involved in providing it as well as the ones consuming it. While some forms of pornography may be legal, we certainly cannot condone it as beneficial to our end goal of healthy families.

While we cannot know the full details of every members' life – nor do we want to – we hold in good faith that our members are living in a way that demonstrates integrity and a high level of self-accountability and ethics.  When issues are brought to our attention, we can and do investigate, and then provide disciplinary action within our own organization if necessary.

As it has been in force since our inception, our policy stands to revoke the membership, certificate awards, and future opportunities for training and/or membership within and from MaternityWise Institute International when certification deception has taken place.  Students are not allowed to label themselves as certified by MaternityWise International in a specific program until they have completed the ENTIRE credentialing process and received approval in that program.  We do not tolerate dishonesty or intentional deception of the public in an attempt to gain trust, financial profit, etc.

In addition, going forward, our official policy regarding the promotion of pornography is that we will not tolerate for any member to be involved in it.  If it is found to be the case, our course of action will be to revoke the membership, certificate awards, and future opportunities for training and/or membership within and from MaternityWise Institute International.

In accordance with our policies, we have revoked the membership, certificate awards and future training opportunities of the student in question, and said student is no longer affiliated with MaternityWise International.

We thank those who provided documented evidence of this issue, and would like to warn those who are disseminating accusations without evidence that that activity is considered slander and we urge you to stop, as it puts your own integrity into question.  Please let the authorities and those who are directly involved finish the course of action as needed.  This "drama" has drawn our eyes away from the greater goal of making a difference in the lives of families and we need to end the distraction and get back to work.  In unity, we should move forward, as we have greater tasks to undertake.

This statement will be available in PDF form on our website at the following URL:
http://www.maternitywise.com/6-5-18StatementMWI.pdf

If you have questions or concerns, please feel free to contact us in writing at the following email:
solutions@maternitywise.com