Exhibit 2a





