Exhibit 2b





Danny the Doula
@dannythedoula

Home
Posts
**Reviews**
Photos
About
Community
Info and Ads

Like · Follow · Share

2.4

**2.4 out of 5** ⓘ
Based on the opinion of 1 person

**Do you recommend Danny the Doula?**

Yes        No

**Ratings and reviews have changed**
Now it's easier to find great businesses with recommendations
Learn More

---

these comments to look at ALL sides before believing the reviews. None of the women who left these reviews have ever used his services. If you want to know who he is as a doula/photographer, then search out his past clients who have nothing but nice things to say about his personality and services.

14        5 Comments

Like        Comment        Share        Send Message

**Maddie Boulter** You have personally met him? 4
Like · Reply · 41w

**Chrystal Docker** No, he is in Hawaii and I'm stateside. But know him from birth groups, talking on the phone, chatting online, etc. I've also talked to other people who know him and he has plenty of people backing him up. And most of the people who are coming out against him don't even know him, have never used his services, etc. They are only going by what they've heard today from these rumors being spread. Very petty, immature and unprofessional. 7
Like · Reply · 41w

**Jess Young** Most of the women coming out against him HAVE dealt with him, have screenshots, and people scream "liar" at them because they love coddling male feelz. Victim dismissal is nothing new. 9
Like · Reply · 41w

**Jacob Hildreth** So...... you don't know him then. First sentence of your review is a lie. 10
Like · Reply · 41w

**Jordan Ashley Hocker** Chrystal Docker You haven't actually met him but you're attempting to say that women who have had direct inappropriate experiences are just trying to discredit him by coming forward? Why? Why would multiple women all come forward to pick on Danny? That literally makes no sense. 3
Like · Reply · 41w

Write a reply...

Chat



these comments to look at ALL sides before believing the reviews. None of the women who left these reviews have ever used his services. If you want to know ... search out his past clients who have ... s personality and services.

5 Comments

Comment          Share    Send Message

...ally met him? 👍 4

...in Hawaii and I'm stateside. But know
...ing on the phone, chatting online, etc.
...ople who know him and he has plenty
...And most of the people who are
...n't even know him, have never used
...only going by what they've heard
...eing spread. Very petty, immature and

😆😆😆 7

...omen coming out against him HAVE
...shots, and people scream "liar" at
...ddling male feelz. Victim dismissal is

👍 9

Jacob Hildreth So...... you don't know him then. First sentence of
your review is a lie.
Like · Reply · 41w

👍 10

Jordan Ashley Hocker Chrystal Docker You haven't actually met
him but you're attempting to say that women who have had direct
inappropriate experiences are just trying to discredit him by
coming forward? Why? Why would multiple women all come
forward to pick on Danny? That literally makes no sense.
Like · Reply · 41w                                        👍 3

Write a reply...

👍 4

Miranda Overland                    🔊 Follow

Channa Jayde Walz                   🔊 Follow

Katie Meyers

Jaime Kaulana Tanoue

Danny the Doula
@dannythedoula

Home
Posts
Reviews
Photos
About
Community
Info and Ads

