# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00364 LEK-KJM |
| CASE NAME: | Danny Gallagher vs. Maternitywise International,LLC et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 4/21/2020 |

COURT ACTION:  EO: GRANTING Defendant's EX PARTE MOTION [164] for Leave to Exceed Word Limit for Defendants' Memorandum of Law in Support of Motion for summary Judgment, setting a briefing schedule and Motion hearing.

On 4/20/2020 Defendant's filed an EX PARTE MOTION [164] for Leave to Exceed Word Limit for Defendants' Memorandum of Law in Support of Motion for summary Judgment.  Court hereby **GRANTS** the EX PARTE MOTION and sets the matter for a MOTION hearing on [163] Defendant's MOTION for Summary Judgment and a briefing schedule.

Memorandum in Opposition is due: 5/26/2020
Reply Memorandum is due: 6/16/2020

MOTION hearing is set for: 7/24/2020 at 9:45 AM before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager