MK LAW LLC
Megan K. Kau 8078
820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
Telephone:  (808) 864-8896
Email:      mk@megkaulaw.com

Appearing Attorney for Plaintiff
Danny Gallagher

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DANNY GALLAGHER,<br><br>        Plaintiff,<br><br>  vs.<br><br>MATERNITYWISE INTERNATIONAL, LLC; ANNE CROUDACE; ELIZBETH ANOATUBBY; EMILEE SALDAYA; RACHEL BROWN; JENNA CHIDESTER; STEPHANIE GILBERT; JORDAN ASHLEY HOCKER; BETHANY KIRILLOVA; SAMANTHA LAJOIE; AERIN LUND; KATE PAVLOVSKY; CHANNA JAYDE WALZ; MADDISON WEIKLE; ESME WHRITENOUR; NICOLETTE RAYMOND; ELIZABETH GEFTAKYS; JULIE BELL; CARA GWIZD; HOLLY LEPPARD-WESTHAVER; ELOISE VICTORIA; JANE DOE ONE; JANE DOE TWO; JANE DOE THREE; DOES 1-10, INCLUSIVE,<br><br>        Defendants. | Civil No. 18-00364 LEK-KJM<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER; CERTIFICATE OF SERVICE<br><br>Trial:   July 12, 2021 |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER

Utzurrum Law Offices, A.P.C. hereby withdraws as counsel for Plaintiff Danny Gallagher. With the Court's permission and pursuant to LR83.5, MK Law LLC hereby enters its appearance of counsel for Plaintiff.

DATED:    Honolulu, Hawai`i, March 10, 2021.

/s/ Joe Utzurrum
JOE UTZURRUM
Withdrawing Attorney for Plaintiff
DANNY GALLAGHER

/s/ Megan K. Kau
MEGAN K. KAU
Appearing Attorney for Plaintiff
DANNY GALLAGHER

PLAINTIFF'S CONSENT:

Daniel Craig Toshiro Gallagher
Danny Gallagher

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-
ENTITLED COURT



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DANNY GALLAGHER, | Civil No. 18-00364 LEK-KJM |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| MATERNITYWISE INTERNATIONAL, LLC; ANNE CROUDACE; ELIZBETH ANOATUBBY; EMILEE SALDAYA; RACHEL BROWN; JENNA CHIDESTER; STEPHANIE GILBERT; JORDAN ASHLEY HOCKER; BETHANY KIRILLOVA; SAMANTHA LAJOIE; AERIN LUND; KATE PAVLOVSKY; CHANNA JAYDE WALZ; MADDISON WEIKLE; ESME WHRITENOUR; NICOLETTE RAYMOND; ELIZABETH GEFTAKYS; JULIE BELL; CARA GWIZD; HOLLY LEPPARD-WESTHAVER; ELOISE VICTORIA; JANE DOE ONE; JANE DOE TWO; JANE DOE THREE; DOES 1-10, INCLUSIVE, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was

duly served on the following parties via the method listed.

ERIC SEITZ                            Via CM/ECF
DELLA A. BELATTI
GINA SZETO-WONG
JONAHTAN M.F. LOO
KEVIN A. YOLKEN
Law Office of Eric. A. Seitz
820 Mililani Street, Suite 502
Honolulu, Hawai`i 96813
     Attorney for Defendants
     MATERNITYWISE
     INTERNATIONAL, LLC;
     ANNE CROUDACE;
     MADDISON SISLEY
     BOULTER; JANE HOPAKI;
     KATE PAVLOVSKY; and
     AERIN LUND

STEPHANIE BYERS           Via email: musigirl1986@yahoo.com
Defendant, Pro Se
2342 W. Locust St.,
Davenport, Iowa, 53804

BETHANY KIRRILOV         Via email: Bkirrilova95@gmail.com
Defendant, Pro Se
525 E. Silverfox Lane
Wasilla, AK 99654

JOE UTZURRUM              Via CM/ECF
Utzurrum Law Offices, A.P.C.
7 Waterfront Plaza
500 Ala Moana Boulevard, Suite 400
Honolulu, Hawai`i 96813
     Withdrawing Counsel for
     Plaintiff
     DANNY GALLAGHER

2

DATED:  Honolulu, Hawai`i, March 10, 2021.

/s/ Megan K. Kau
MEGAN K. KAU
Appearing Attorney for Plaintiff
DANNY GALLAGHER