Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

NADINE Y. ANDO          3158
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:  (808) 531-7585
nya@fmhc-law.com

Attorney for Defendants
EMILEE SALDAYA and VIVIAN
CHAU BEST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DANNY GALLAGHER,<br><br>        Plaintiff,<br><br>vs.<br><br>MATERNITYWISE INTERNATIONAL, ANNE CROUDACE, JANE HOPAKI, EMILEE SALDAYA, RACHAEL AUGHENBAUGH, JENNIFER CHIDESTER, STEPHANIE BYERS, BETHANY KIRILLOV, SAMANTHA LAJOIE, AERIN LUND, KATE PAVLOVSKY, CHANNA JAYDE WALZ, MADDISON SISLEY BOULTER, ESME WHRITENOUR, ADRIANNA BROOKS, NICOLETTE RAYMOND, JULIE BELL, CARA GWIZD, HOLLY LEPPARD-WESTHAVER, ELOISE VICTORIA, | CIVIL NO. 18-00364 LEK-KJM<br>(Other Action)<br><br>WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS EMILEE SALDAYA and VIVIAN CHAU BEST; ORDER<br><br>Judge:  Hon. Leslie E. Kobayashi |

1

|  |  |
|---|---|
| VIVIAN CHAU BEST, JANE DOE ONE, JANE DOE THREE, and DOES 1-10, *inclusive*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS EMILEE SALDAYA and VIVIAN CHAU BEST

Dara S. Nakagawa and McCorriston Miller Mukai MacKinnon, hereby withdraw and Nadine Y. Ando with the law firm of Fukunaga Matayoshi Ching & Kon-Herrera, LLP, hereby enters an appearance as counsel for Defendants Emilee Saldaya and Vivian Chau Best, pursuant to Local Rule 83.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

Trial date and trial related deadlines are vacated.

DATED:  Honolulu, Hawaii, June 14, 2021.

                                    /s/ William C. McCorriston
                                WILLIAM C. MCCORRISTON
                                DARA S. NAKAGAWA
                                MCCORRISTON MILLER MUKAI MACKINNON
                                Withdrawing Attorneys for Defendants EMILEE SALDAYA and VIVIAN CHAU BEST

           /s/ Nadine Y. Ando
NADINE Y. ANDO
Appearing Attorney for Defendants
FUKUNAGA MATAYOSHI CHING &
KON-HERRERA
EMILEE SALDAYA and VIVIAN CHAU
BEST

APPROVED AND SO ORDER

DATED:  Honolulu, Hawaii, June 15, 2021.



          /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Danny Gallagher v., Maternitywise International et al.* ; Civil No.:  18-00364-LEK-KJM ; WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS EMILEE SALDAYA and VIVIAN CHAU BEST