IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DANNY GALLAGHER, | CV 18-00364 LEK-KJM |
| Plaintiff(s), | |
| vs. | |
| ANNE CROUDACE, EMILEE SALDAYA, JENNA CHIDESTER, BETHANY KIRILLOV, KATE PAVLOVSKY, DOES 1-10, inclusive, STEPHANIE BYERS, JANE HOPAKI, AND VIVIAN CHAU BEST, | |
| Defendant(s). | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 30, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff Danny Gallagher's Motion to Enter a Default Judgment Against Defendants Stephanie Byers and Bethany Kirillov" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, January 20, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge