# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00364 LEK-KJM |
| CASE NAME: | Danny Gallagher vs. Anne Croudace, et al., |
| JUDGE: Leslie E. Kobayashi | DATE: 10/11/2022 |

COURT ACTION: EO: COURT ORDER DENYING DEFENDANTS ANNE CROUDACE, JANE HOPAKI, AND KATE PAVLOVSKY'S MOTION FOR SANCTIONS, AND TO STRIKE PLAINTIFF DANNY GALLAGHER'S FIRST MOTION IN LIMINE (EXCLUDE PRIOR BAD ACTS)

On October 4, 2022, Plaintiff Danny Gallagher ("Gallagher") filed his First Motion in Limine (Exclude Prior Bad Acts) ("Gallagher's MIL No. 1"). [Dkt. no. 273.] On October 9, 2022, Defendants Anne Croudace, Jane Hopaki, and Kate Pavlovsky ("MaternityWise Defendants") filed a motion asking this Court to strike Gallagher's MIL No. 1 and to impose other sanctions against Gallagher and his counsel ("Motion to Strike"). [Dkt. no. 295.] This Court finds the Motion to Strike suitable for disposition without a hearing, pursuant to Local Rule 7.1(d). This Court also finds that further briefing regarding the Motion to Strike is not necessary.

The MaternityWise Defendants argue Gallagher's MIL No. 1 is "a frivolous motion and put[s] forth a legal argument plainly contradicted by controlling law." See Motion to Strike at 2. First, the defendants have not been prejudiced by the filing of Gallagher's MIL No. 1. Moreover, it is for this Court to decide the merits of the parties' motions in limine. The MaternityWise Defendants' request to strike Gallagher's MIL No. 1 and their request for other sanctions are therefore unfounded. The Motion to Strike is DENIED in its entirety.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager