# *MK LAW LLC*

820 Mililani Street, Suite 701
Honolulu, Hawai`i 96813
(808) 864-8896
mk@megkaulaw.com

October 27, 2022

<u>Via e-mail</u>
Honorable Leslie E. Kobayashi
Prince Kuhio Federal Building
300 Ala Moana Blvd #C338
Honolulu, Hawai`i 96850
Email:      kobayashi_Orders@hid.uscourts.gov

Re:   *Gallagher v. Anne Croudace, et al.*; Civil No. 1:18-cv-00365-
LEK-KJM – list of specific allegations

Dear Judge Kobayashi:

Per the Court's October 25, 2022 oral order, Plaintiff Danny Gallagher hereby submits the following table for review indicating the specific allegations against each of the defendants.

| Declarant | Date | Substance | Exhibit / BS |
|-----------|------|-----------|--------------|
| Best | 6/3/18 | "In case you come across him, please don't accept a friend request from Danny Gallagher.<br><br>I just found out some very upsetting information about someone who has many PSI friends in common with me. I had to let you know. Warning. Danny Gallagher is a predator who has infiltrated the birth world and needs to be removed immediately. He has been removed from the big groups and the admins of Doula Talk are reporting him to his certifying board. He has been caught victimizing women and his scheme has been exposed. He trawls birth groups for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, | EX P-1 / PC000618 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 2 of 19

| | | | |
|---|---|---|---|
| | | makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. He's the broker. He is a predatory pimp, he is not a doula. He has harassed a number of women online to sell them their used panties. This has all been confirmed.<br><br>I see that we have many internet friends in common who are PSI grads and wanted you to know. This is very serious, he is a sexual predator and is dangerous. Please help me in shutting this shit down." (Posted in WLD PSI Hawaii FB Group)<br>• Seen by 13 people | |
| Byers | 6/4/18 | "Danny Gallagher is a predator. Women have been his prey for a specific audience he gets compromising photos for, and he is NOT a doula of any kind. Be warned and steer clear. Political correctness has blinded so many into acceptance or predators into supposed safe spaces. Don't worry, I have never accepted his requests to join any of my groups, and he is being exposed as we speak. If you are a moderator or admin for a birth group, I compel you to give him the boot immediately. He is a PIMP. NOT a doula" (On Personal FB Page)<br>(Referenced as Byers Predator Post) | Ex P-6 / PC 000549 |
| Byers | | "Welp! Here's to a 'friend' cleanse. Just what I wanted to do today. *eye roll* I never thought I'd be asked to violate another women's trust by sharing 'proof' she has kept in confidence, to prove a creep is a creep. Internalized misogyny is annoying like that"<br>(Comment in Byers Predator Post) | Ex P-6 / PC 000566 |
| Byers | | "It makes me CRINGE to think of his predator eyes being in that supposed safe space" | Ex P-6 / PC 000575 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 3 of 19

| | | (Comment in Byers Predator Post) | |
|---|---|---|---|
| Byers | 6/5/18 | "Every interaction I have witnessed from Danny on social media has been passive-aggressive, gaslighting, and an attempt to gain sympathies from those struggling with internalized misogyny. There are so many women who are left feeling violated by his actions, but nobody is bothering to validate the subtle abuse happening to them, only kowtowing to this presumptuous act Danny puts on. Red flags are all over this guy. " | Ex P-7 / PC 000577 |
| Croudace | 6/4/18 | Jess Young FB Post on Danny the Doula Page "This man is a predator, luring women into nude photo shoots, refusing to return paid-for photographs from session [sic] over a year later, selling women's nakedness to other males. After he has groomed a group of females, he pits them against one another and quietly messages individual women he has targeted as financially or emotionally struggling, and tries coercing them into sexualized photos and videos for his profit. There are screenshot and screenshot of this behavior, with multiple women. The only women speaking up for him are the ones he has groomed fully and have not been contacted about sex work for him, yet. They are ictims of his as much as anyone else involved. The fact that they are demanding evidence beyond what has already been given, shows what a masterful work this man as done to keep women from protecting one another in the birthing community. He is a predator – beware" . Boulter Comments "He shared their photos without permission" and shares Matwise Memo. . | Ex P-9 / PC 10063- |

| | | Croudace likes Jess Young's comment and Boulter's comment. | |
|---|---|---|---|
| Hopaki | 6/3/18 | "Birthy women, beware 'male doula' Danny Gallagher. He has been reported to his certifying body for his behavior in person and online with pregnant women. This man is a predator who has been on my radar and the radars of some very intelligent birthworker friends of mine for quite some time.<br>Always beware men who inject themselves into women's spaces. The male ego and male gaze have no place in the sacred world of birth"<br><br>Shares blissful.herbs post about alleged MO, which states:<br>• "Please watch out for a predator infiltrating natural birth groups on social media. This is his MO: he gets permission from the group moderator. Then he posts an intro full of heart-rending tales of disadvantage and trauma. This incites sympathy from women conditioned to be caring. Having gained access to the group, he then makes ego-centric and grandiose posts. This hooks into the way that women are socialized to praise, adulate and stroke the egos of men, and to show humility in the face of male bragging. Around this time, any women in the group with finely tuned radars for narcissism, bullshit or perve are likely to call him on a breach of confidentiality or some other crossing of basic boundaries. At this point, he arcs us defensively out of proportion to the issue. Then some women in the group are likely to rush to his | EX P-15 / VB 000008 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 5 of 19

|  |  | defense and make allowances for him. The ones with misgivings then start to doubt themselves and back down a little so as not to cause upset within the group. Then he posts polls about whether he should stay in the group or leave. This appeals to women's eagerness to express an opinion and to case a vote in a culture that has often curtailed women's expression in this respect. He then incites division in the group. He plays the misunderstood, misjudged victim and those whose alarm bells are loudly clanging are not only depicted by him as mean, judgmental, non-inclusive and sexist – but other women, desperate to not be written off by A Man as being a "nasty woman" quickly round on the dissenters and tip staggering dump-truck loads of internalized misogyny all over them. But this is merely a diversion. While he continues to stoke the drama and strife, he's actually quietly going about his real work…(cont)<br><br>(cont. from above)… which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. Guess who is the broker. He is a predatory pimp. He is not a doula. The point of this post is not only to warn about this individual and others |  |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 6 of 19

| | | like him. It's also so we can question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us. Art credit: Arna Baartz." (Facebook Post on Personal Page – tagged Danny) (Referenced as "Hopaki Birthy Women Beware Post") | |
|---|---|---|---|
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post: "Maryn Green you are friends with this predator" | EX P-15 / PC000648 |
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post: "This is not a drill, seriously disturbing. I'm glad you've done your part Cara Gwizd."  (referencing earlier comment where Gwizd states: I deleted him and have passed along the message to friends we had in common. Women have provided screenshots of him also asking to buy their used panties.) | EX P-15 / PC000648 |
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post:  "He is offering free doula services to single mothers in his area.  He sees himself as a 'millionaire serial entrepreneur' and his target is vulnerable pregnant women. This is exploitation." | EX P-15 / PC000649 |
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post:  "Cara, hugs. Heart emoji. I get how that would [sic] difficult. I set this posts [sic] to friends for that reason, but I guess because I tagged him his friends can see. Trying to figure out what to do about that | EX P-15 / PC000650 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 7 of 19

| | | | |
|---|---|---|---|
| | | now before the inevitable vitriol starts rolling in." (In reply to Gwizd post: I made a public post about it and then was barraged by tons of women wanting proof of the screenshots etc. This is too triggering for me as someone who experienced abuse, so I deleted it) | |
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post:<br><br>"The new account of abuse keep flooding in behind closed doors. I believe someone is compiling a file to provide to those who may actually need it, not to the women hating naysayers who demand proof instead of trusting and listening to his victims.<br>I've seen plenty of proof, and I trust my gut, but let me say this: I need no proof to believe women or put the dots together that a single childless man has no good reason to be passionate about childbirth." | EX P-15/ PC000651 |
| Hopaki | 6/3/18 | Comment on Hopaki Birthy Women Beware Post:<br><br>Shares Matwise Memo then comments "Dude is screwed" (hand pointing up emoji)<br><br>"I hate that word, but it's a real phenomenon." (In reply to Sha Java comment: I just read that! I am overall pretty happy with the way most of the birth community has rallied to support these women when they raised their collective voices. Most… there will always be a certain number of handmaidens who grovel for attention.) | EX P-15 / PC000652 |
| Kirillova | 6/4/18 | There is much screenshotted evidence that this guy is luring vulnerable women into doing sexual videos and photography. He has used birth photos without | EX P-19 / PC000196 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 8 of 19

| | | | |
|---|---|---|---|
| | | permission and refuses to take them down. I have heard account after account that this guy is targeting pregnant and financially vulnerable victims. The truth has come out and he was never a birth worker in the first place. Do not let this man into your birthing space. He uses the world doula to gain women's trust. A doula literally means woman servant. This person is not a servant of women. He is very cunning in the way he lures and traps his victims. They feel he is charming and very helpful up front when in reality it's a way for him to profit off his sickness. He has a strange sexual fetish for women giving birth. He makes many ladies very uncomfortable and a few were brave enough to come forward with their evidence. He toots his horn in a way to show how progressive he is as a male doula. "I am special because I am a man interested in birth. Let me grace you with my presence." Many are afraid to call him out for what he is because they like the idea of accepting a male doula and they do not want to discriminate because he is a man. I however have no issue calling it what it is. Preying on women. Selling their birth pictures. Using their bodies as a financial gain without permission. No sir. Birth still belongs to women and you're not invited! Down with the patriarchy!<br>(Review of Danny the Doula on Danny the Doula FB Page) | |
| Pavlovsky | 6/15/17 | Hey guys… it has come to my attention that Danny is going to people sending them screenshots of our conversations thinking it'll make me out to be a liar, I guess? I have no intentions of lying to any of you so I want to be out in the open. When Danny posted the thing about that chick Summers, many of us supported it. | EX P-27 /<br>Matwise<br>000246 -<br>247 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 9 of 19

That was his first step in "normalizing" what he was hoping to ask some of us to do. I fell for it. I thought damn that's a lot of $$$ I wish I had the guts to do that. I even posted something like that. That's when he contacted me, knowing he'd caught me with his hook. I totally fell for the hook line and sinker. I went into the convo believing I might do something like that. Then, I started replying slower and slower to him because I was feeling more and more uncomfortable with the situation. I never let on to Danny that I was uncomfortable that is true. I never said stop talking to me I'm creeped out. This was still while I thought everyone else trusted this dude! I thought I was paranoid. But I definitely knew he has told me that he did this with many of his female friends – he helped them create online sexual content. Yet again he was trying to normalize the idea in my mind. But really it sent up red flags like hmmm why do you help so many women create sexual content for free? I'm guess what's in it for you is getting that content free. So eventually in our last convo he sent me a link to a porno site. I once I actually clicked the link I stopped responding and got ultra grossed out. I still didn't speak up. Not until everyone else spoke out against him.

Did I ever tell him to stop? No, I continued on having a convo with him because I didn't want to be weird to a person I might have to continue interacting with on here and other groups. I just wanted the convo to fade away.

Is it possible that MY not being clear made him think eh wasn't doing anything

Honorable Leslie E. Kobayashi
October 27, 2022
Page 10 of 19

wrong? Yes. I've reread the convos and I think this is a possibility that in his mind he wasn't doing anything wrong because I never told him to stop and I even asked him questions about what the plan would be IF I decided to create content like that to make money.

However, honestly, I am still creeped out by him. I felt lured into the situation. And I do think he does this with MANY women. I know for a fact our own Sam Ross was lured into it and many other women (according to his own words) have been too. In my mind when I was thinking of Summers all I saw was her Instagram worthy stuff so it was risqué but not porn. When I realized he was talking about creating porno videos and other content I was very put off (yet again no I didn't say this in type to him.) maybe I'm in the wrong for never speaking up. But then…isn't this exactly why we have this creepy rape culture? I feel like I understand now. I felt like I had to play my part correctly in the conversation because I didn't want to be rude. I know that's weird and I feel very stupid. I do feel strange about that. However I DON'T [sic] feel like I would've come up with that idea if he hadn't put it in my head and then continued to normalize it. And I never would have acted on it because in my head I was always questioning his motives and it became more and more clear with every conversation that he wanted me to do things that I wasn't comfortable with. He was way overzealous about the fact that "he'd be my first subscriber" (shocked emoji).

I feel very ashamed, y'all. I'm doubting myself for ever opening up and I think

Honorable Leslie E. Kobayashi
October 27, 2022
Page 11 of 19

| | | | |
|---|---|---|---|
| | | that's wrong. I know how I felt during those convos and the fact that he is using the exact convos that I believe condemn him against me has made me very upset and sick to my stomach this morning because I've had to reread them and watch myself be duped by this due again. Idk what else to say. I don't think that our convos are going to make anyone feel differently about Danny. Even without my experience (I never spoke up to Angela BECAUSE I felt our convos were iffy), he was already booted from the group. So I don't really understand what he is getting at by sharing those besides trying to drag my name through the mud.<br><br>Thank you all for listening. I don't want to be labled as a liar. I also needed to process these sick feelings I've been having all morning. I feel like such an idiot. (frown emoji)."<br>(Facebook Post) | |
| Pavlovsky | 6/3/18 | "Melborn Doula Birth Support – Julie Bell, wise-woman doula & herbalist said it best.<br>For those of you who saw my earlier post, I 100% stand by what I said. However, I am not the only victim of this predator and I do not feel like being singled out. I do not wish for the burden of proof to fall only on me. This person is dangerous and detrimental to the birth realm. Please beware.<br><br>Also, victim blaming is not ok. Distrusting victims is not ok. This is creating a rift among birthworkers while this predator walks free to cause harm. It's sickening to say the least. | EX P-20 / PC000654, PC0001544-1545 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 12 of 19

Thank you to everyone who reached out in support. I love you all very much; you are special people."
Shares Melborn Doula Birth Support – Julie Bell Post:

- "Please watch out for a predator infiltrating natural birth groups on social media. This is his MO: he gets permission from the group moderator. Then he posts an intro full of heart-rending tales of disadvantage and trauma. This incites sympathy from women conditioned to be caring. Having gained access to the group, he then makes ego-centric and grandiose posts. This hooks into the way that women are socialized to praise, adulate and stroke the egos of men, and to show humility in the face of male bragging. Around this time, any women in the group with finely tuned radars for narcissism, bullshit or perve are likely to call him on a breach of confidentiality or some other crossing of basic boundaries. At this point, he arcs us defensively out of proportion to the issue. Then some women in the group are likely to rush to his defense and make allowances for him. The ones with misgivings then start to doubt themselves and back down a little so as not to cause upset within the group. Then he posts polls about whether he should stay in the group or leave. This appeals to women's eagerness to express an opinion and to case a vote in a culture that has often curtailed women's expression in this respect. He then incites division in the group. He plays the

Honorable Leslie E. Kobayashi
October 27, 2022
Page 13 of 19

| | | | |
|---|---|---|---|
| | | misunderstood, misjudged victim and those whose alarm bells are loudly clanging are not only depicted by him as mean, judgmental, non-inclusive and sexist – but other women, desperate to not be written off by A Man as being a "nasty woman" quickly round on the dissenters and tip staggering dump-truck loads of internalized misogyny all over them. But this is merely a diversion. While he continues to stoke the drama and strife, he's actually quietly going about his real work...(cont)<br>(cont. from above)... which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. Guess who is the broker. He is a predatory pimp. He is not a doula. The point of this post is not only to warn about this individual and others like him. It's also so we can question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us. Art credit: Arna Baartz."<br> (Public Business Page Kate Pavlovsky – Doula, Birth Photographer, Massage Therapist) | |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 14 of 19

| Pavlovsky | | "Yes this has brought up so much badness for me all over again. I have sent my convos with him to Emilee over at freebirth society so she can use them to make her case. I'm also not staying quiet this time. I have made a public post on my account at Kate Pavlovsky – Doula, Birth Photographer, Massage Therapist… I might be targeted by him but I feel like I have to take the risk in order to possibly save other women who he is trying to victimize. It's scary because I don't want my biz to be attacked by also I'm so outraged that this man is still infiltrating the birth world. It has to stop." (In response to post "He's the broker. He is a predatory pimp, he is not a doula. He has harassed a number of women online to sell them their used panties. This has all been...)<br>(Facebook Comment) | EX P-28 / Matwise 000167 |
| Pavlovsky | | Under name Opal Essence<br>You shouldn't get involved if you don't know wtf you are talking about.<br>This man attempted to lure me into sex work. He has done the same to many women. Hs is a REAL DANGER to women in his local community. This man is a predator and solicits women for nude photos and amateur porn involving pregnant women and lactating women. Everyone who is calling him out has proof of his actions, but not everyone wants to spread it all over the internet.<br>This is not petty. This man is a sexual predator. He should never be allowed in a birth room as it has been made clear he is very aroused by birth, pregnancy, and breastfeeding. We are not trying to tear him down. He is not a victim. We are trying to protect the true victims in this situation – the women who he will pray upon. | Ex P-23 / Matwise 000106 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 15 of 19

| | | | |
|---|---|---|---|
| Saldaya | | Hey! DO NOT screenshot my post and share to other groups. You can copy and paste but do not associate me to it, please take down any groups you have screenshotted my name and words and replace with a copy and paste, do not quote me. Please understand that doesn't help protect me as I continue to collect evidence on this predator. | Ex P-31 / ES 003227 |
| Saldaya | 6/3/18 | In private FB messages to Danny's friends:<br>"Warning. Danny Gallagher is a predator who has infiltrated the birth world and needs to be removed immediately. He has been removed from the big groups and the admins of Doula Talk are reporting him to his certifying board. He has been caught victimizing women and his scheme has been exposed. He trawls birth groups for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. He's the broker. He is a predatory pimp, he is not a doula. He has harassed a number of women online to sell them their used panties.<br>This has all been confirmed.<br><br>I see that we have many internet friends in common who are PSI grads and wanted you to know. This is very serious, he is a sexual predator and is dangerous. Please help me in shutting this shit down."<br><br>(referenced as Saldaya Warning Danny Gallagher is a predator message) | Ex P-32 / PC 003345 .<br>Ex P-34 / ES 000041, 42, 43, 44, 47, 55, 56, 57, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 103, 104, 105, 106, 107, 108, 109, 110, 112, 113, 114, 115, 116, 117, 118, 120, 122, 124, 125, 126, 127, 128, 143, 170, 179, 201 .<br>Exhibit P-37 / ES000077, 78, 79, |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 16 of 19

| Saldaya | 6/2018 | In private FB message to Danny's friend "rape culture" (in conversation following the Saldaya Warning Danny Gallagher is a predator message) | Ex P-34 / ES 000101, |
|---------|--------|---|---|
| Saldaya | 6/3/18 | In private FB message to Danny's friend "yep. patriarchy. sexism. rape culture. men are allowed everywhere and women defend it." (in conversation following the Saldaya Warning Danny Gallagher is a predator message) | Ex P-34 / ES 000121 |
| Saldaya | 6/3/18 | In private FB message to Danny's friend "The long and short of it is he is a porn agent that is targeting low income and single moms manipulating them and pressuring him [sic] into selling their panties and setting up nude sites and offering to photograph them for free women have contacted me having done this and never got their photos it's a ton of shit it's absolutely crazy" | Ex P-34 / ES 000143 |
| Saldaya | 6/3/18 | In private FB message to Danny's friend "hes [sic] a porn agent with w pregnancy niche" (in conversation following the Saldaya Warning Danny Gallagher is a predator message) | Ex P-34 / ES 000181 |
| Saldaya | | In private FB message to other birth facebook group admins "Do not let Danny in, getting more reports of his schemes" Shares screen shot of partial blissful.herbs post about alleged MO, which states:<br>• (cont. from above)… which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. Guess who | Ex P-37 / ES 000073 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 17 of 19

| | | | |
|---|---|---|---|
| | | is the broker. He is a predatory pimp. He is not a doula. The point of this post is not only to warn about this individual and others like him. It's also so we can question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us. Art credit: Arna Baartz." | |
| Saldaya | 6/3/18 | In private FB message to other birth facebook group admins "Hey [ Name]! I'm Emilee – I run Free Birth Society, I wanted to let you know you have a predator in your group, his name is Danny Gallagher, I run a few Birth groups and have had multiple women contact me with screen shot proof of what his poster Julie is declaring. I didn't know if anyone had warned you, so I'm attaching Julies's post for you to read. I know women personally in Hawaii that confirm this story (crying emoji)" Shares screen shot of partial blissful.herbs post about alleged MO, which states: <ul><li>(cont. from above)… which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. Guess who is the broker. He is a predatory pimp. He is not a doula. The point of this post is not only to warn about this individual and others like him. It's also so we can</li></ul> | Ex P-37 / ES 000075, 76, 80 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 18 of 19

| | | | |
|---|---|---|---|
| | | question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us. Art credit: Arna Baartz."<br><br>(referenced as Saldaya Warning FB Admins Danny is Pimp message) | |
| Saldaya | | "Here's some wonderful evidence of Danny being a porn agent! I have received over 50 accounts of personal stories (some with screen shots some just personal narratives) of the many ways he has harassed, manipulated and victimized women."<br>Shares partial posts of Danny/Pavlovsky Conversation<br>"Please remember predators are often charming, smart, and nice. They know how to push just enough. This is one of many exchanges women had reluctantly with him. Many women do not want to share their story or details publicly." (Comment on Byers Predator Post) | Ex P-6<br>PC 000563 |
| Saldaya | | "women aren't believing other women when they have the courage to call out a predator in our community? fucking shocker. The socialized misogyny runs so deep, it's painful" (Comment on Byers Predator Post) | Ex P-6<br>PC 000574 |
| Saldaya | | "Patriarchy!!! Men are allowed anywhere they want and tons of women will happily allow it!" (Comment on Byers Predator Post) | Ex P-6<br>PC 000574 |

Honorable Leslie E. Kobayashi
October 27, 2022
Page 19 of 19

Please let us know if you have any additional questions or concerns regarding this matter.

Aloha,

Megan Kau

CC: Client