# Fukunaga Matayoshi Ching & Kon-Herrera

*A Limited Liability Partnership*
Attorneys at Law

Davies Pacific Center
841 Bishop Street • Suite 1200
Honolulu, Hawaii  96813-3908

Nadine Y. Ando
Dara S. Nakagawa

Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585

October 27, 2022

*Via Email*
Megan Kau, Esq.
MK Law LLC
820 Mililani Street, Suite 701
Honolulu, Hawai'i 96813

Re:  *Danny Gallagher v. Anne Croudace, et al.*; Civil No. 1:18-cv-00364-LEK-KJM
Response to Plaintiff's List of Specific Allegations

Dear Ms. Kau:

We are in receipt of your letter dated October 27, 2022 to Judge Kobayashi which purportedly identifies the specific allegations against each of the defendants. We provide the following response to the specific allegations identified against our clients, Vivian Chau Best and Emilee Saldaya.

**Vivian Best**

| 6/3/18 | "In case you come across him, please don't accept a friend request from Danny Gallagher.<br><br>I just found out some very upsetting information about someone who has many PSI friends in common with me. I had to let you know. Warning. Danny Gallagher is a predator who has infiltrated the birth world and needs to be removed immediately. He has been removed from the big groups and the admins of Doula Talk are reporting him to his certifying board. He has been caught victimizing women and his scheme has been exposed. He trawls birth groups for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. He's the broker. He is a predatory pimp, he is not a doula. He has harassed a number of | EX P-1 /<br>PC000618 |
|---|---|---|

Megan Kau, Esq.
October 27, 2022
Page 2

|  | women online to sell them their used panties.  This has all been confirmed.<br><br>I see that we have many internet friends in common who are PSI grads and wanted you to know.  This is very serious, he is a sexual predator and is dangerous.  Please help me in shutting this shit down." |  |
|---|---|---|

**Defendants' Response**:  No objection.

### Emilee Saldaya

| Undated | Hey!  DO NOT screenshot my post and share to other groups.  You can copy and paste but do not associate me to it, please take down any groups you have screenshotted my name and words and replace with a copy and paste, do not quote me.  Please understand that doesn't help protect me as I continue to collect evidence on this predator. | EX P-31 / ES 003227 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.

| 6/3/18 | In private FB messages to Danny's friends:<br><br>"Warning.  Danny Gallagher is a predator who has infiltrated the birth world and needs to be removed immediately.  He has been removed from the big groups and the admins of Doula Talk are reporting him to his certifying board.  He has been caught victimizing women and his scheme has been exposed.  He trawls birth groups for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation.  He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men.  He's the broker.  He is a predatory pimp, he is not a doula.  He has harassed a number of women online to sell them their used panties.  This has all been confirmed.<br><br>I see that we have many internet friends in common who are PSI grads and wanted you to know.  This is very serious, he is a sexual predator and is dangerous.  Please help me in shutting this shit down." | EX P-32 / PC 003345<br><br>Ex P-34 / ES 000041, 42, 43, 44, 47, 55, 56, 57, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 103, 104, 105, 106, 107, 108, 109, 110, 112, 113, 114, 115, 116, 117, 118, 120, 122, |
|---|---|---|

Megan Kau, Esq.
October 27, 2022
Page 3

| | | |
|---|---|---|
| | | 124, 125, 126, 127, 128, 143, 170, 179, 201<br><br>Exhibit P-37 ES000077, 78, 79, |

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.  Moreover, the last paragraph "I see that we have many internet friends in common who are PSI grads and wanted you to know" is not located in the exhibits referenced by Plaintiff and were not made by Emilee Saldaya.

| 6/2018 | In private FB message to Danny's friend "rape culture" | EX P-34 / ES 000101 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.  Moreover, the statement is not defamatory because it was a general comment, observation, and/or opinion that did not concern Plaintiff and does not "express or imply a verifiably false fact about the plaintiff." *Miracle v. New Yorker Magazine*, 190 F.Supp.2d 1192, 1198 (D. Haw. 2001).  The above statement is pure opinion – it does "not imply facts capable of being proved true or false" and is therefore protected by the First Amendment.  *Id.*

| 6/3/18 | In private FB message to Danny's friend "yep. patriarchy. sexism. rape culture. men are allowed everywhere and women defend it." | EX P-34 / ES 000121 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.  Moreover, the statement is not defamatory because it was a general comment, observation, and/or opinion that did not concern Plaintiff and does not "express or imply a verifiably false fact about the plaintiff." *Miracle v. New Yorker Magazine*, 190 F.Supp.2d 1192, 1198 (D. Haw. 2001).  The above statement is pure opinion – it does "not imply facts capable of being proved true or false" and is therefore protected by the First Amendment.  *Id.*

Megan Kau, Esq.
October 27, 2022
Page 4

| 6/3/18 | In private FB message to Danny's friend "The long and short of it is he is a porn agent that is targeting low income and single moms manipulating them and pressuring him [sic] into selling their panties and setting up nude sites and offering to photograph them for free women have contacted me having done this and never got their photos it's a ton of shit it's absolutely crazy" | EX P-34 / ES 000143 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.

| 6/3/18 | In private FB message to Danny's friend "hes [sic] a porn agent with a pregnancy niche" | EX P-34 / ES 000181 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.

| Undated | In private FB message to other birth facebook group admins<br><br>"Do not let Danny in, getting more reports of his schemes"<br><br>Shares screen shot of partial blissful.herbs post about alleged MO, which states:<br>- (cont. from above). . . which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation.  He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men.  Guess who is the broker.  He is a predatory pimp.  He is not a doula.  The point of this post is not only to warn about this individual and others like him.  It's also so we can question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us.  Art credit:  Arna Baartz." | EX P-34 / ES 000073 |
|---|---|---|

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.

Megan Kau, Esq.
October 27, 2022
Page 5

| 6/3/18 | In private FB message to other birth facebook group admins<br><br>"Hey [Name]! I'm Emilee – I run Free Birth Society, I wanted to let you know you have a predator in your group, his name is Danny Gallagher, I run a few Birth groups and have had multiple women contact me with screen shot proof of what this poster Julie is declaring. I didn't know if anyone had warned you, so I'm attaching Julie's post for you to read. I know women personally in Hawaii that confirm this story (crying emoji)"<br><br>Shares screen shot of partial blissful.herbs post about alleged MO, which states:<br>- (cont. from above). . . which is to trawl the group for women who are insecure or unstable in terms of their financial security, self esteem or in need of sexual validation. He contacts them privately, wins their trust, makes enticing promises, and grooms them to provide naked photos of themselves to sell to a select audience of men. Guess who is the broker. He is a predatory pimp. He is not a doula. The point of this post is not only to warn about this individual and others like him. It's also so we can question, and examine, how we as women – from the naïve ingenues to the jaded, skeptical crones, can be so easily manipulated, exploited and turned on each other – and the forces that undermine us. Art credit: Arna Baartz." | EX P-34 / ES 000075, 76, 80 |

**Defendants' Response**: The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.

| Undated | "Here's some wonderful evidence of Danny being a porn agent! I have received over 50 accounts of personal stories (some with screen shots some just personal narratives) of the many ways he has harassed, manipulated and victimized women."<br><br>Shares partial posts of Danny/Pavlovsky Conversation<br><br>"Please remember predators are often charming, smart, and nice. They know how to push just enough. This is one of many exchanges women had reluctantly with him. Many women do not want to share their story or details publicly." | EX P-6 / PC 000563 |

**Defendants' Response**: No objection.

Megan Kau, Esq.
October 27, 2022
Page 6

| Undated | "women aren't believing other women when they have the courage to call out a predator in our community?  fucking shocker.  The socialized misogyny runs so deep, it's painful" | EX P-6 / PC 000574 |

**Defendants' Response**:  Moreover, the statement is not defamatory because it was a general comment, observation, and/or opinion that did not concern Plaintiff and does not "express or imply a verifiably false fact about the plaintiff."  *Miracle v. New Yorker Magazine*, 190 F.Supp.2d 1192, 1198 (D. Haw. 2001).  The above statement is pure opinion – it does "not imply facts capable of being proved true or false" and is therefore protected by the First Amendment.  *Id.*

| Undated | "Patriarchy!!! Men are allowed anywhere they want and tons of women will happily allow it!" | EX P-6 / PC 000574 |

**Defendants' Response**:  The above statement is not identified or located anywhere in Plaintiff's Fourth Amended Complaint, nor is it identified with respect to any alleged defamatory statements made by Emilee Saldaya.  Moreover, the statement is not defamatory because it was a general comment, observation, and/or opinion that did not concern Plaintiff and does not "express or imply a verifiably false fact about the plaintiff."  *Miracle v. New Yorker Magazine*, 190 F.Supp.2d 1192, 1198 (D. Haw. 2001).  The above statement is pure opinion – it does "not imply facts capable of being proved true or false" and is therefore protected by the First Amendment.  *Id.*

The only actionable statement against Ms. Saldaya, as plainly identified in the Fourth Amended Complaint and quoted in its entirety, is **SALDAYA's SECOND SET OF DEFAMATORY STATEMENTS**, which is set forth in Paragraph 101.  The remainder of the identified statements in Plaintiff's October 27, 2022 letter were never identified nor alleged in the Fourth Amended Complaint and accordingly, fails to comply with the notice and pleading requirements in Rule 8 of the Federal Rules of Civil Procedure.  If the statements had been properly and timely pled, Ms. Saldaya would have moved for summary judgment on all the statements, as she did with the statements plainly identified in the Fourth Amended Complaint in Paragraphs 100-104.

> Very truly yours,
>
> */s/ Nadine Y. Ando*
>
> Nadine Y. Ando
> Dara S. Nakagawa