# MINUTE ORDER

CASE NUMBER:  CIVIL NO. 18-00364 LEK-KJM
CASE NAME:  Danny Gallagher v Anne Croudace et al.,

JUDGE:  Leslie E. Kobayashi        DATE:  10/31/2022

COURT ACTION:  EO: COURT ORDER: COURT RULING ON THE ALLEGED DEFAMATORY STATEMENTS BY KATE PAVLOSKY, STEPHANIE BYERS, JANE HOPAKI, AND EMILEE SALDAYA

This matter arises of the claims in the Fourth Amended Complaint for Damages, filed May 22, 2019 ("Fourth Amended Complaint").  See dkt. no. 79.  Plaintiff Danny Gallagher ("Plaintiff")was directed to provide a list of the alleged defamatory statements he is alleging against each of the defendants.  On October 27, 2022, Plaintiff provided the list.  See Letter to the Court from Megan Kau, Esq., dated 10/27/22, filed 10/31/22 (dkt. no. 364) ("Pl's 10/27 Letter").

As to certain defendants, the Court FINDS as a matter of law that the following statements are not actionable as defamatory statements because these are statements of opinion and thus protected by the First Amendment of the United States Constitution.  See Milkovich v. Lorain Journal Co., 497 U.S. 1, 19-20 (1990); Unelko Corp. v. Rooney, 912 F.2d 1049, 1053 & n.2 (9th Cir. 1990).

1. **Statements of Defendant Kate Pavlovsky ("Pavlovsky")**

> Hey guys… it has come to my attention that Danny is going to people sending them screenshots of our conversations thinking it'll make me out to be a liar, I guess?  I have no intentions of lying to any of you so I want to be out in the open.  When Danny posted the thing about that chick Summers, many of us supported it.  That was his first step in "normalizing" what he was hoping to ask some of us to do.  I fell for it.  I thought damn that's a lot of $$$ I wish I had the guts to do that.  I even posted something like that.  That's when he contacted me, knowing he'd caught me with his hook.  I totally fell for the hook line and sinker.  I went into the convo believing I might do something like that.  Then, I started replying slower and slower to him because I was feeling more and more uncomfortable with the situation.  I never let on to Danny that I was uncomfortable that is true.  I never said stop talking to me I'm creeped out.  This was still while I thought everyone else trusted this dude!  I thought I was

paranoid. But I definitely knew he has told me that he did this with many of his female friends – he helped them create online sexual content. Yet again he was trying to normalize the idea in my mind. But really it sent up red flags like hmmm why do you help so many women create sexual content for free? I'm guess what's in it for you is getting that content free. So eventually in our last convo he sent me a link to a porno site. I once I actually clicked the link I stopped responding and got ultra grossed out. I still didn't speak up. Not until everyone else spoke out against him.

Did I ever tell him to stop? No, I continued on having a convo with him because I didn't want to be weird to a person I might have to continue interacting with on here and other groups. I just wanted the convo to fade away.

Is it possible that MY not being clear made him think eh wasn't doing anything wrong? Yes. I've reread the convos and I think this is a possibility that in his mind he wasn't doing anything wrong because I never told him to stop and I even asked him questions about what the plan would be IF I decided to create content like that to make money.

However, honestly, I am still creeped out by him. I felt lured into the situation. And I do think he does this with MANY women. I know for a fact our own Sam Ross was lured into it and many other women (according to his own words) have been too. In my mind when I was thinking of Summers all I saw was her Instagram worthy stuff so it was risqué but not porn. When I realized he was talking about creating porno videos and other content I was very put off (yet again no I didn't say this in type to him.) maybe I'm in the wrong for never speaking up. But then . . . isn't this exactly why we have this creepy rape culture? I feel like I understand now. I felt like I had to play my part correctly in the conversation because I didn't want to be rude. I know that's weird and I feel very stupid. I do feel strange about that. However I DON'T [sic] feel like I would've come up with that idea if he hadn't put it in my head and then continued to normalize it. And I never would have acted on it because in my head I was always questioning his motives and it became more and more clear with every conversation that he wanted me to do things that I wasn't comfortable with. He was way overzealous about the fact that "he'd be my first subscriber" (shocked emoji).

I feel very ashamed, y'all. I'm doubting myself for ever opening up and I think that's wrong. I know how I felt during those convos and the fact that he is using the exact convos that I believe condemn him against me has made me very upset and sick to my stomach this morning because I've had to reread them and watch myself be duped

> by this due again.  Idk what else to say.  I don't think that our convos are going to make anyone feel differently about Danny.  Even without my experience (I never spoke up to Angela BECAUSE I felt our convos were iffy), he was already booted from the group.  So I don't really understand what he is getting at by sharing those besides trying to drag my name through the mud.
>
> Thank you all for listening.  I don't want to be labeled as a liar.  I also needed to process these sick feelings I've been having all morning.  I feel like such an idiot. (frown emoji).

[Tr. Exh. P-27 at MatWise_000246 -247.]

> Yes this has brought up so much badness for me all over again.  I have sent my convos with him to Emilee over at freebirth society so she can use them to make her case.  I'm also not staying quiet this time.  I have made a public post on my account at Kate Pavlovsky – Doula, Birth Photographer, Massage Therapist . . . I might be targeted by him but I feel like I have to take the risk in order to possibly save other women who he is trying to victimize.  It's scary because I don't want my biz to be attacked by also I'm so outraged that this man is still infiltrating the birth world.  It has to stop.

[Tr. Exh. P-28 at MatWise_000167.]

### 2. Defendant Stephanie Byers ("Byers")

> Welp!  Here's to a 'friend' cleanse.  Just what I wanted to do today.  *eye roll* I never thought I'd be asked to violate another women's trust by sharing 'proof' she has kept in confidence, to prove a creep is a creep.  Internalized misogyny is annoying like that

[Tr. Exh. P-6 at PC000566.]

> It makes me CRINGE to think of his predator eyes being in that supposed safe space

[Id. at PC000575.]

### 3. Defendant Jane Hopaki

> This is not a drill, seriously disturbing.  I'm glad you've done your part Cara Gwizd.

[Tr. Exh. P-15 at PC000648.]

> He is offering free doula services to single mothers in his area. He sees himself as a 'millionaire serial entrepreneur' and his target is vulnerable pregnant women. This is exploitation

[Id. at PC000649.]

> Cara, hugs. Heart emoji. I get how that would [sic] difficult. I set this posts [sic] to friends for that reason, but I guess because I tagged him his friends can see. Trying to figure out what to do about that now before the inevitable vitriol starts rolling in.

[Id. at PC000650.]

> The new account of abuse keep flooding in behind closed doors. I believe someone is compiling a file to provide to those who may actually need it, not to the women hating naysayers who demand proof instead of trusting and listening to his victims.
>
> I've seen plenty of proof, and I trust my gut, but let me say this: I need no proof to believe women or put the dots together that a single childless man has no good reason to be passionate about childbirth.

[Id. at PC000651.]

> Dude is screwed" (hand pointing up emoji) I hate that word, but it's a real phenomenon

[Id. at PC000652.]

### 4. **Defendant Emilee Saldaya ("Saldaya")**

> Hey! DO NOT screenshot my post and share to other groups. You can copy and paste but do not associate me to it, please take down any groups you have screenshotted my name and words and replace with a copy and paste, do not quote me. Please understand that doesn't help protect me as I continue to collect evidence on this predator.

[Tr. Exh. P-31 at ES 003227.]

> rape culture

[Tr. Exh. P-34 at ES 000101.]

> yep. patriarchy. sexism. rape culture. men are allowed everywhere and women defend it.

[Id. at ES 000121.]

> women aren't believing other women when they have the courage to call out a predator in our community? fucking shocker. The socialized misogyny runs so deep, it's painful

[Tr. Exh. P-6 at PC000574.]

> Patriarchy!!! Men are allowed anywhere they want and tons of women will happily allow it!

[Id. at PC000574.]

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager