UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DANNY GALLAGHER,<br><br>             Plaintiff,<br><br>  vs.<br><br>MATERNITYWISE INTERNATIONAL, LLC, ANNE CROUDACE, ELIZBETH ANOATUBBY, EMILEE SALDAYA, RACHAEL BROWN, JENNA CHIDESTER, STEPHANIE GILBERT, JORDAN ASHLEY HOCKER, BETHANY KIRILLOVA, SAMANTHA LAJOIE, AERIN LUND, KATE PAVLOVSKY, CHANNA JAYDE WALZ, MADDISON WEIKLE, ESME WHRITENOUR, NICOLETTE RAYMOND, ELIZABETH GEFTAKYS, JULIE BELL, CARA GWIZD, HOLLY LEPPARD-WESTHAVER, ELOISE VICTORIA, JANE DOE ONE,  JANE DOE TWO, JANE DOE THREE,  DOES 1-10, INCLUSIVE;<br><br>             Defendants. | CIV. NO. 18-00364 LEK-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>NOV 03 2022<br><br>at 12 o'clock and 20 min. P M<br>John A. Mannle, Clerk |

**SPECIAL JURY VERDICT FORM**

    You must answer all the questions, unless otherwise directed in the instructions.  You should read the entire Special Jury Verdict Form before proceeding to answer.

    Answer the questions in numerical order.  Follow all directions carefully.  Each answer requires the unanimous agreement of all members of the jury.  If you do not understand any question or wish to communicate with the court, you must do so only in writing through the bailiff.

    Only answer Question No. 1 for the Defendant or Defendants you stated an amount of $1 or more for general damages in favor of Plaintiff.

**PUNITIVE DAMAGES**

1. Has Plaintiff shown by clear and convincing evidence that any of the Defendants acted intentionally, willfully, wantonly, oppressively, maliciously or in a grossly negligent manner?

   Vivian Chau Best    Yes ✓       No ____

   Stephanie Byers     Yes ____    No ✓

   Jane Hopaki         Yes ✓       No ____

   Bethany Kirillov    Yes ✓       No ____

   Kate Pavlovsky      Yes ____    No ____

   Emilee Saldaya      Yes ✓       No ____

   If you answered "Yes" as to any of the Defendants in Question No. 1, then proceed to answer Question No. 2 as to that Defendant or Defendants. If you answered "No" to all the Defendants in Question No. 1, then do not answer Question No. 2, and sign and date this form.

2. For each of the Defendants that you answered "yes" to in Question No. 1, state the amount of money required to punish considering her financial condition?

   Vivian Chau Best    $ 6,000.00

   Stephanie Byers     $ _____

   Jane Hopaki         $ 1,000.00

   Bethany Kirillov    $ 5,000.00

   Kate Pavlovsky      $ _____

   Emilee Saldaya      $ 40,000.00

   Please stop, sign and date this form, and contact the Bailiff.

DATED at Honolulu, Hawai'i, __11/03/22__.

Signed: /S/ Foreperson