# MINUTE ORDER

CASE NUMBER: CIVIL NO. 18-00364 LEK-KJM

CASE NAME: Danny Gallagher vs. Anne Croudace, et al.

JUDGE: Leslie E. Kobayashi   DATE: 11/3/2022

COURT ACTION: EO: COURT ORDER STAYING FILING OF ENTRY OF JUDGMENT AND POST-TRIAL MOTIONS FOR 60 DAYS

A jury trial was held in this matter and jury verdicts received on November 2 and 3, 2022. See Special Jury Verdict Form on liability and general damages, filed 11/2/22 (dkt. no. 380); and Special Jury Verdict Form on punitive damages, filed 11/3/22 (dkt. no. 384).

A 60-day stay of the entry of judgment and all post-trial motions is hereby imposed, and the parties are DIRECTED to meet with the magistrate judge for a settlement conference in this matter. The Court has determined that the time and resources of the parties are better served by discussions with the magistrate judge during the next 60 days. Any party can seek an extension of the stay by submitting a letter request to this Court before the stay expires. If permitted, only one extension shall be allowed in this matter.

Defendants Anne Croudace, Jane Hopaki and Kate Pavlosky filed their Motion to Preclude or Strike Testimony of Plaintiff's Expert Witnesses on October 26, 2022 ("Motion to Strike"). See Motion to Strike, filed 10/26/22 (dkt. no. 357). The Motion to Strike is considered WITHDRAWN WITHOUT PREJUDICE and may be refiled after the 60-day stay expires.

For the foregoing reasons, the Court imposes a stay of all post-trial motions until **January 3, 2023** and DIRECTS the Clerk's Office is to enter judgment 60 days after the Court issues its order ruling on the equitable claims in this case**, unless the Court authorizes an extension of the stay.**

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager