UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DANNY GALLAGHER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATERNITYWISE INTERNATIONAL, LLC, ANNE CROUDACE, ELIZBETH ANOATUBBY, EMILEE SALDAYA, RACHAEL BROWN, JENNA CHIDESTER, STEPHANIE GILBERT, JORDAN ASHLEY HOCKER, BETHANY KIRILLOVA, SAMANTHA LAJOIE, AERIN LUND, KATE PAVLOVSKY, CHANNA JAYDE WALZ, MADDISON WEIKLE, ESME WHRITENOUR, NICOLETTE RAYMOND, ELIZABETH GEFTAKYS, JULIE BELL, CARA GWIZD, HOLLY LEPPARD-WESTHAVER, ELOISE VICTORIA,  JANE DOE ONE,  JANE DOE TWO,  JANE DOE THREE,  DOES 1-10, INCLUSIVE;<br><br>　　　　Defendants. | CIV. NO. 18-00364 LEK-KJM |

COURT'S RESPONSE NO. 2

　　In response to jury communication no. 2, the court responds as follows:

Defendants Bethany Kirillov and Stephanie Byers were served with Plaintiff's Fourth Amended Complaint, and they have been informed of the proceedings in this case. You have not been provided with their financial information because they have chosen not to participate.

Time: 10:39 am

Dated: Honolulu, Hawaii, November 3, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge