IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANNY GALLAGHER, | ) | CV 18-00364 LEK-KJM |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | Honolulu, Hawaii |
| vs. | ) | October 24, 2022 |
| | ) | |
| ANNE CROUDACE, et al, | ) | JURY SELECTION |
| | ) | TRIAL - DAY 1 |
| Defendant(s). | ) | PARTIAL TRANSCRIPT |
| | ) | |
| | ) | 9:45 A.M. TO 12:54 P.M. |

ORDER TEMPORARILY UNSEALING HEARING FOR
LIMITED PURPOSE OF PREPARING TRANSCRIPT

Attorney MOANA M. LUTEY's request for Leave to Obtain Transcript of sealed proceedings held on 10/24/2022 is hereby GRANTED.

It is the ORDER OF THIS COURT that the sealed hearing shall be unsealed for the limited purpose of preparing and providing a transcript for MOANA M. LUTEY, Corporation Counsel, Maui.

It is FURTHER ORDERED that the sealed hearing shall be resealed thereafter and a certified copy of the sealed transcript shall be filed with the Clerk pursuant to 28 U.S.C., Section 73(b) and remain sealed until further order of the Court.

It is FURTHER ORDERED that the receiving party shall not disclose the sealed contents of this transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED: Honolulu, Hawaii, on November 23, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge