Of Counsel:
FUKUNAGA MATAYOSHI CHING & KON-HERRERA, LLP

JEROLD T. MATAYOSHI         2747
DARA S. NAKAGAWA             10972
Davies Pacific Center
841 Bishop Street, Suite 1200
Honolulu, Hawaii  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585
jtm@fmhc-law.com
dsn@fmhc-law.com

Attorneys for Defendants
EMILEE SALDAYA and VIVIAN
CHAU BEST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| DANNY GALLAGHER,<br><br>              Plaintiff,<br><br>  vs.<br><br>MATERNITYWISE INTERNATIONAL, ANNE CROUDACE, JANE HOPAKI, EMILEE SALDAYA, RACHAEL AUGHENBAUGH, JENNIFER CHIDESTER, STEPHANIE BYERS, BETHANY KIRILLOV, SAMANTHA LAJOIE, AERIN LUND, KATE PAVLOVSKY, CHANNA JAYDE WALZ, MADDISON SISLEY BOULTER, ESME WHRITENOUR, ADRIANNA BROOKS, NICOLETTE RAYMOND, JULIE BELL, CARA GWIZD, HOLLY LEPPARD- | CIVIL NO. 18-00364 LEK-KJM<br>(Other Action)<br><br>STIPULATED ORDER FOR INJUNCTIVE RELIEF |

| | |
|---|---|
| WESTHAVER, ELOISE VICTORIA, VIVIAN CHAU BEST, JANE DOE ONE, JANE DOE THREE, and DOES 1-10, *inclusive*, | ) ) ) ) ) |
| Defendants. | ) ) ) |

STIPULATED ORDER FOR INJUNCTIVE RELIEF

Plaintiff DANNY GALLAGHER ("Plaintiff"), Defendants Emilee Saldaya ("Saldaya"), Vivian Chau Best ("Best"), and Jane Hopaki ("Hopaki") (collectively, "Defendants") (collectively referred to as "Parties"), by and through their respective attorneys, hereby stipulate to an order for injunctive relief in favor of Plaintiff and against Defendants with respect to Plaintiff's claim for Injunctive Relief in his Fourth Amended Complaint, filed May 22, 2019 [ECF 79].

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE to the following:

1. SALDAYA shall delete her personal Facebook account;

2. BEST shall delete any and all Facebook messages, comments, and/or posts she made that pertain to Plaintiff's claims in the above-entitled action;

3. HOPAKI shall delete any and all Facebook messages, comments, and/or posts she made that pertain to Plaintiff's claims in the above-entitled action.

This Stipulation has been signed by counsel for all parties in this action.

2

DATED:  Honolulu, Hawaiʻi, _____ February 1, 2023 _____.

          /s/ *Jerold T. Matayoshi*
JEROLD T. MATAYOSHI
DARA S. NAKAGAWA
Attorneys for Defendants
EMILEE SALDAYA and
VIVIAN CHAU BEST

          /s/ *Kevin A. Yolken*
ERIC A. SEITZ
KEVIN A. YOLKEN
Attorneys for Defendant
JANE HOPAKI

          /s/ *Megan K. Kau*
MEGAN K. KAU
Attorney for Plaintiff
DANNY GALLAGHER

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Danny Gallagher v. MaternityWise International LLC, et al.*, CASE NO. 1:18-cv-00364-LEK-KJM; STIPULATED ORDER FOR INJUNCTIVE RELIEF