IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANNY GALLAGHER, | ) | Case: CV 18-00364 |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) ) | ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF PREPARING TRANSCRIPT |
| ANNE CROUDACE, et al., | ) ) | |
| Defendant(s). | ) ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |

July 11, 2023

At 4 o'clock and 00 min p.m.
LUCY CARRILLO, CLERK

ORDER TEMPORARILY UNSEALING HEARING FOR LIMITED PURPOSE OF
PREPARING TRANSCRIPT

Plaintiff DANNY GALLAGHER's Request for Leave to Obtain Transcript of sealed proceedings held on 10/24/2022 is hereby GRANTED.

It is the ORDER OF THIS COURT that the sealed hearing(s) shall be unsealed for the limited purpose of preparing and providing a transcript for CRAIG GALLAGHER, father of Plaintiff.

It is FURTHER ORDERED that the sealed hearing shall be resealed thereafter and a certified copy of the sealed transcript shall be filed with the Clerk pursuant to 28 U.S.C., Section 753(b) and remain sealed until further order of the Court.

It is FURTHER ORDERED that the receiving party shall not disclose the sealed contents of this transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED: Honolulu, Hawaii, on July 11, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge